UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ANTHONY RAFALKO,
   Petitioner,

v.           Civil Action No. 4:23-CV-189-P

FREDDY GARRIDO, Warden,
FMC-Fort Worth,
   Respondent.

### ORDER OF DISMISSAL

   This is a habeas corpus case filed by Bureau of Prisons inmate/petitioner Anthony Rafalko under 28 U.S.C. § 2241. Pet., ECF No. 1. By an Order and Notice of Deficiency issued on February 24, 2023, the Court directed petitioner Rafalko to either pay the applicable $5.00 filing fee or complete and file an in-forma-pauperis motion with certificate of inmate trust account, within thirty (30) days. ECF No. 4. That order expressly informed Rafalko that a failure to timely comply could result in dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) without further notice. To date, Petitioner has failed to comply with the order.

   It is therefore **ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

   **SO ORDERED** on this 7**th day** of **April, 2023**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE