UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ANTHONY RAFALKO,
        Petitioner,

V.                                        Civil Action No. 4:23-CV-189-P

FREDDY GARRIDO, Warden,
FMC-Fort Worth,
        Respondent.

# FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** on this **7th day** of **April, 2023**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE